Centra, J.P.
(concurring). I agree with the majority that Supreme Court erred in dismissing the petition, but I write *1572 separately because, in my view, a transcript of a hearing may in certain circumstances satisfy the requirement that a lead agency “set forth its determination of significance in a written form containing a reasoned elaboration and providing reference to any supporting documentation” (Department of Environmental Conservation Regulations [6 NYCRR] § 617.7 [b] [4]; see Matter of Coursen v Planning Bd. of Town of Pompey, 37 AD3d 1159, 1160 [2007]). Under the circumstances of this case, however, the transcript from the June 12, 2014 meeting did not satisfy the requirements of 6 NYCRR 617.7 (b) (4). The transcript of the meeting shows that some of the responses of the members of respondent Town of Tyre Town Board were equivocal, and thus in my view the lead agency’s determination of significance is not supported by the requisite reasoned elaboration.
Valentino, J., dissents and votes to affirm in the following memorandum.